> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Brandon Shurn v. Hurbert Brown, Big M Transportation, Inc.

| | |
|---|---|
| Case Number | 49D11-2001-CT-003924 |
| Court | Marion Superior Court, Civil Division 11 |
| Type | CT - Civil Tort |
| Filed | 01/28/2020 |
| Status | 01/28/2020 , Pending  (active) |

## Parties to the Case

**Defendant**   Brown, Hurbert

| | |
|---|---|
| Address | 1148 Pebble Lane<br>Williamston, NC 27892 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Jordan Mark Slusher<br>*#3420449, Retained*<br><br>211 N Pennsylvania St<br>Suite 300<br>Indianapolis, IN 46204<br>317-638-4521(W) |

**Defendant**   Big M Transportation, Inc.

| | |
|---|---|
| Address | c/o Process Agent Service Company, Inc.<br>Daniel Bradford, 11940 Pebblepointe Pass<br>Carmel, IN 46033 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Jordan Mark Slusher<br>*#3420449, Retained*<br><br>211 N Pennsylvania St<br>Suite 300<br>Indianapolis, IN 46204<br>317-638-4521(W) |

**Plaintiff**   Shurn, Brandon

**EXHIBIT B**

| | |
|---|---|
| Address | 8452 Wanda Lake Drive<br>Camby, IN 46113 |
| Attorney | Brad Smith<br>*#2278347, Retained* |
| | 104 Franklin Road<br>Bloomington, IN 47404<br>812-332-9451(W) |

## Chronological Case Summary

**01/28/2020  Case Opened as a New Filing**

**01/28/2020  Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | Shurn, Brandon |
| File Stamp: | 01/28/2020 |

**01/28/2020  Subpoena/Summons Filed**
Summons to Hurbert Brown

| | |
|---|---|
| Filed By: | Shurn, Brandon |
| File Stamp: | 01/28/2020 |

**01/28/2020  Subpoena/Summons Filed**
Summons to Big M Transportation, inc.

| | |
|---|---|
| Filed By: | Shurn, Brandon |
| File Stamp: | 01/28/2020 |

**01/28/2020  Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Shurn, Brandon |
| File Stamp: | 01/28/2020 |

**02/04/2020  Service Returned Served (E-Filing)**
Return of Service for Big M Transportation

| | |
|---|---|
| Filed By: | Shurn, Brandon |
| File Stamp: | 02/04/2020 |

**02/10/2020  Appearance Filed**
Appearance of Erin Clancy and Jordan Slusher

| | |
|---|---|
| For Party: | Brown, Hurbert |
| For Party: | Big M Transportation, Inc. |
| File Stamp: | 02/10/2020 |

**02/10/2020  Motion for Enlargement of Time Filed**
Motion for Extension

| | |
|---|---|
| Filed By: | Brown, Hurbert |
| Filed By: | Big M Transportation, Inc. |
| File Stamp: | 02/10/2020 |

**02/10/2020  Order Granting Motion for Enlargement of Time**

| | |
|---|---|
| Judicial Officer: | Hanley, John F |
| Order Signed: | 02/10/2020 |

EXHIBIT B

02/11/2020 **Automated ENotice Issued to Parties**

Order Granting Motion for Enlargement of Time ---- 2/10/2020 : Brad Smith;Erin A Clancy;Jordan Mark Slusher

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Shurn, Brandon
Plaintiff

Balance Due (as of 02/25/2020)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/28/2020 | Transaction Assessment | 157.00 |
| 01/28/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

EXHIBIT B

Case 1:20-cv-00637-JPH-MPB   Document 1-2   Filed 02/26/20   Page 4 of 20 PageID #: 11

Filed: 1/28/2020 1:33 PM
Clerk
Marion County, Indiana

49D11-2001-CT-003924
Marion Superior Court, Civil Division 11

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION | COURT |
| | ) SS: | | |
| COUNTY OF MARION | ) | CAUSE NO. | |

BRANDON SHURN

    VS.

HURBERT BROWN and
BIG M TRANSPORTATION, INC.

## COMPLAINT FOR DAMAGES

    Comes now the Plaintiff, Brandon Shurn, by counsel, Bradford J. Smith of Ken Nunn Law Office, and for his cause of action against the Defendants, Hurbert Brown and Big M Transportation, Inc., alleges and states as follows:

## STATEMENT AND JURISDICTION

    1.    This is a clear liability collision in which Defendants' 2018 Volvo tractor and attached trailer, was negligently driven by Hurbert Brown causing a collision with the vehicle driven by Plaintiff, Brandon Shurn.  As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses in an amount to be proven at trial of this cause.

    2.    Jurisdiction and venue are appropriate in Marion County, Indiana, as said collision occurred within the boundaries of Marion County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF HURBERT BROWN

    3.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

    4.    On or about October 7, 2019 Defendant Hurbert Brown negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, Brandon Shurn.

    5.    Defendant Hurbert Brown had a duty to operate his tractor trailer in a safe and reasonable manner.

EXHIBIT B

  6. Defendant Hurbert Brown failed in the above mentioned duties and is therefore negligent.

  7. Defendant Hurbert Brown's negligence was the direct and proximate cause of Plaintiff's injuries.

  8. Plaintiff Brandon Shurn's injuries and damages are permanent.

  9. As a direct and proximate result of Hurbert Brown's negligence, Brandon Shurn has suffered lost wages.

  10. Plaintiff, Brandon Shurn, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

  11. As a direct and proximate result of Hurbert Brown's negligence, Brandon Shurn has experienced physical and mental pain and suffering, lost wages, property damage including, but not limited to, diminished value, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

NEGLIGENCE PER SE OF HURBERT BROWN

  12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

  13. Hurbert Brown violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

  14. Defendant Hurbert Brown's statutory violations directly and proximately caused Plaintiff's damages and injuries.

  15. Defendant Hurbert Brown is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

RESPONDEAT SUPERIOR OF BIG M TRANSPORTATION, INC.

  16. Plaintiff realleges and incorporates herein by reference paragraphs 1

EXHIBIT B

through 15 above as if fully restated verbatim.

17. Defendant Hurbert Brown was the employee, agent, servant, or independent contractor for Big M Transportation, Inc. Accordingly, Big M Transportation, Inc. is vicariously liable for the acts of Defendant Hurbert Brown for the causes of action above.

WHEREFORE, the Plaintiff, Brandon Shurn, by counsel Bradford J. Smith of Ken Nunn Law Office, demand judgment against the Defendants, Hurbert Brown and Big M Transportation, Inc. for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Bradford J. Smith*
Bradford J. Smith, #22783-47
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

EXHIBIT B

KEN NUNN LAW OFFICE

BY:   *s/ Bradford J. Smith*
      Bradford J. Smith, #22783-47
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: brads@kennunn.com

Bradford J. Smith, #22783-47
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

EXHIBIT B

# APPEARANCE FORM (CIVIL)
## Initiating Party

|   | CAUSE NO: |   |
|---|---|---|
| 1. | Name of first initiating party | Brandon Shurn<br>8452 Wanda Lake Drive<br>Camby, IN  46113 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Bradford J. Smith #22783-47<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:       812 332-9451<br>FAX:             812 331-5321<br>Email:  bjsmith@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules |   |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

    s/Bradford J. Smith
    Attorney-at-Law
    (Attorney information shown above.)

EXHIBIT B

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Brandon Shurn

                Plaintiff(s)

    VS.                                                          No. _____

Hurbert Brown and Big M Transportation, Inc.

                Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Hurbert Brown, 1148 Pebble Lane, Williamston, NC 27892**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 1/28/2020

_Myla A. Eldridge_
CLERK, MARION CIRCUIT/SUPERIOR COURTS

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX    By certified or registered mail with return receipt to above address.

☐    By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐    By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐    By serving his agent as provided by rule, statute or valid agreement, to-wit:

                      KEN NUNN LAW OFFICE

                      BY: _s/ BRADFORD J. SMITH_
                         ATTORNEY FOR PLAINTIFF

EXHIBIT B

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2020.

                                                      CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

                                                      CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

    Dated this __ day of _____, 2020.

                                                      CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.

1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant: _____ (Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

                                                      SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s) _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ _____ the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____                                             _____
                                                      SHERIFF or DEPUTY

EXHIBIT B

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Brandon Shurn

                  Plaintiff(s)

     VS.                   No. _____

Hurbert Brown and Big M Transportation, Inc. **(US DOT #911405)**

                Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Big M Transportation, Inc., c/o Process Agent Service Company, Inc., Daniel Bradford, 11940 Pebblepointe Pass, Carmel, IN 46033**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 1/28/2020

                                                      Myla A. Eldridge
                                                      CLERK, MARION CIRCUIT/SUPERIOR COURTS

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

                                                            SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX     By certified or registered mail with return receipt to above address.

☐     By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐     By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐     By serving his agent as provided by rule, statute or valid agreement, to-wit:

                                  KEN NUNN LAW OFFICE

                                    BY:   *s/ BRADFORD J. SMITH*
                                            ATTORNEY FOR PLAINTIFF

EXHIBIT B

CERTIFICATE OF MAILING:  I certify that on the ___ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this ___ day of _____, 2020.

                                                                                  CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the ___ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

                                                                                   CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the ___ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

    Dated this ___ day of _____, 2020.

                                                                                    CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the ___ day of _____, 2020, and I served the same on the ___ day of _____, 2020.

1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2020 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this ___ day of _____, 2020.

                                                                                               SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1. By delivery on the ___ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the ___ day of _____, 2020 for each of the within named defendant(s) _____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ _____ the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____                                            _____
                                                       SHERIFF or DEPUTY

EXHIBIT B



Mailer: Ken Nunn Law Office

Date Produced: 02/03/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8305 0878 38. Our records indicate that this item was delivered on 01/31/2020 at 11:14 a.m. in CARMEL, IN 46033. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

```
BIG M TRANSPORTATION INC
DANIEL BRADFORD
C/O: PROCESS AGENT SERVICE COMPANY INC
11940 PEBBLEPOINTE PASS
CARMEL IN 46033-9673
```

Customer Reference Number:    C1880414.10752897

Return Reference Number:    39206

EXHIBIT B

USPS MAIL PIECE TRACKING NUMBER:  42046033921489019403830508 7838
MAILING DATE: 01/29/2020
DELIVERED DATE: 01/31/2020
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

BIG M TRANSPORTATION INC
DANIEL BRADFORD
C/O: PROCESS AGENT SERVICE COMPANY INC
11940 PEBBLEPOINTE PASS
CARMEL IN 46033-9673

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 01/29/2020 07:25 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 01/30/2020 06:56 | ORIGIN ACCEPTANCE | BLOOMINGTON,IN 47404 |
| 01/30/2020 08:11 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 01/31/2020 11:14 | DELIVERED LEFT WITH INDIVIDUAL | CARMEL,IN 46033 |

EXHIBIT B

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT 11 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D11-2001-CT-003924 |

BRANDON SHURN,        )
                     )
    Plaintiff,        )
                     )
vs.                  )
                     )
HURBERT BROWN and    )
BIG M TRANSPORTATION, INC., )
                     )
    Defendants.      )

**APPEARANCE FORM (CIVIL)**
**RESPONDING PARTY**

1.  Please enter my appearance for:

    **HURBERT BROWN AND BIG M TRANSPORTATION, INC.**

2.  Attorney information (as applicable for service of process):

    Name:     Erin A. Clancy              Atty. Number: 21962-49
              Jordan M. Slusher           Atty. Number: 34204-49
    Address:  Kightlinger & Gray, LLP     Phone: 317/638-4521
              211 N. Pennsylvania Street  FAX:   317/636-5917
              Suite 300                   Computer address:
              Indianapolis, Indiana  46204  eclancy@k-glaw.com
                                          jslusher@k-glaw.com

3.  Will responding party accept FAX service:  Yes ____  No  X

4.  Additional information required by state or local rule:

1

EXHIBIT B

                    KIGHTLINGER & GRAY, LLP

By:    */s/Erin A. Clancy*
        Erin A. Clancy, I.D. No. 21962-49
        Jordan M. Slusher, I.D. No. 34204-49
        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of February, 2020, the foregoing was electronically filed with the Marion County Superior Court 11 and was served – through the Court's E-Filing system – on the following:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
brads@kennunn.com
*Attorney for Plaintiff*

        */s/Erin A. Clancy*
        Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT 11 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D11-2001-CT-003924 |

| | |
|---|---|
| BRANDON SHURN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HURBERT BROWN and | ) |
| BIG M TRANSPORTATION, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES

Defendants Hurbert Brown and Big M Transportation, Inc. ("Defendants"), by counsel, respectfully move the Court for an extension of time of 30 days up to and including March 24, 2020, in which to file a responsive pleading to Plaintiff's Complaint for Damages. In support of said Motion, Defendants show the Court:

1. That Plaintiff's Complaint for Damages was filed with the Court on January 28, 2020. Defendants were served via certified mail on January 31, 2020, thereby making Defendants' response due no earlier than February 23, 2020.

2. Defendants respectfully request an initial enlargement of time of thirty (30) days or to and including March 24, 2020, within which to answer or otherwise respond to Plaintiff's Complaint for Damages.

3. This request for an enlargement of time is not made for the purposes of delay, but rather to allow time for Defendants' counsel to prepare a proper response to Plaintiff's Complaint for Damages.

EXHIBIT B

      4.      Counsel for Defendants contacted counsel for Plaintiffs who has not yet responded to voice an objection to the filing of this motion.

WHEREFORE, Defendants Hurbert Brown and Big M Transportation, Inc., prays that the time for filing a responsive pleading to the Plaintiff's Complaint for Damages be extended for a period of thirty (30) days, up to and including March 24, 2020.

                                    KIGHTLINGER & GRAY, LLP

                By:    */s/Erin A. Clancy*
                        Erin A. Clancy, I.D. No. 21962-49
                        Jordan M. Slusher, I.D. No. 34204-49
                        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2020, the foregoing was electronically filed with the Marion County Superior Court 11 and was served – through the Court's E-Filing system – on the following:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
brads@kennunn.com
*Attorney for Plaintiff*

                                    */s/Erin A. Clancy*
                                    Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

EXHIBIT B

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT 11 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D11-2001-CT-003924 |

BRANDON SHURN,  )
      Plaintiff,  )
vs.  )
HURBERT BROWN and  )
BIG M TRANSPORTATION, INC.,  )
      Defendants.  )

**F I L E D**
February 10, 2020
*Myla A. Eldridge*
CLERK OF THE COURT
MARION COUNTY
JM

## ORDER ON EXTENSION OF TIME

This cause came before the Court upon the Motion of the Defendants for a Motion for Extension of Time to respond to Plaintiff's Complaint for Damages.

The Court, having considered said Motion and, being duly advised in the premises, now GRANTS the same, and

THEREFORE, IT IS ORDERED that the Defendants Hurbert Brown and Big M Transportation, Inc., may have an extension of time of thirty (30) days, up to and including March 24, 2020, within which to answer or otherwise plead to Plaintiff's Complaint for Damages.

DATED: **February 10, 2020**

_____
Judge, Marion County Superior Court 11

EXHIBIT B

Distribution to:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
brads@kennunn.com
*Attorney for Plaintiff*

Erin A. Clancy
Jordan M. Slusher
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
eclancy@k-glaw.com
jslusher@k-glaw.com
*Attorney for Defendants*

200088\5944212-1

EXHIBIT B