UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRANDON SHURN,                          )
                                        )
          Plaintiff,                    )
                                        )
vs.                                     )          Case No: 1:20-cv-637-JPH-MPB
                                        )
HURBERT BROWN and                       )
BIG M TRANSPORTATION, INC.,             )
                                        )
          Defendants.                   )

## JOINT STIPULATION TO DISMISS

Come now Plaintiff, Brandon Shurn, and Defendants, Hurbert Brown and Big M Transportation, Inc., by respective counsel, and stipulate that Plaintiff's claims should be dismissed in their entirety with each party responsible for their own costs.

WHEREFORE, the parties respectfully request that the Court dismiss Plaintiff's claims and for all other appropriate relief.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP


By:     /s/ Nathan A. Pagryzinski
        Nathan A. Pagryzinski, ID No. 34722-49
        Erin A. Clancy, ID No. 21962-49
        *Attorneys for Defendants*


        /s/ Bradford J. Smith
        Bradford J. Smith, ID No. 22783-47
        *Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

The forgoing was filed electronically this 22nd day of October, 2020. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
brads@kennunn.com
*Attorney for Plaintiff*

/s/ Nathan A. Pagryzinski
Nathan A. Pagryzinski

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
eclancy@k-glaw.com
npagryzinski@k-glaw.com

200088\60636952-1