UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulation to Dismiss, dkt. 28. JPH, 10/23/2020 Distribution via ECF

| | |
|---|---|
| BRANDON SHURN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 1:20-cv-637-JPH-MPB |
| HURBERT BROWN and BIG M TRANSPORTATION, INC., | ) |
| Defendants. | ) |

### JOINT STIPULATION TO DISMISS

Come now Plaintiff, Brandon Shurn, and Defendants, Hurbert Brown and Big M Transportation, Inc., by respective counsel, and stipulate that Plaintiff's claims should be dismissed in their entirety with each party responsible for their own costs.

WHEREFORE, the parties respectfully request that the Court dismiss Plaintiff's claims and for all other appropriate relief.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: */s/ Nathan A. Pagryzinski*
Nathan A. Pagryzinski, ID No. 34722-49
Erin A. Clancy, ID No. 21962-49
*Attorneys for Defendants*

*/s/ Bradford J. Smith*
Bradford J. Smith, ID No. 22783-47
*Attorney for Plaintiff*